UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 06-61937-CIV-COOKE/BANDSTRA

WILLIAM K. OSCEOLA, JR.,

    *Petitioner*,

v.

JAMES MCDONOUGH, *et al.*,

    *Respondents*.

_____/

## ORDER DENYING SUMMARY JUDGMENT

William K. Osceola ("Osceola") filed a motion for summary judgment [D.E. 11], arguing that Respondents' failure to respond to the orders to show cause in this case warrants a default judgment or, at the very least, an uncontested consideration of the Petition. There are two problems with Osceola's motion. First, it does not appear that Respondents initially received notice of the Petition or of the orders to show cause. Osceola never filed a return of service and an attorney never appeared on behalf of the Respondents. As a result, the docket showed that Respondents were not represented and had not been served with the Petition. Similarly, the first two orders to show cause were not served on Respondents. It was not until the Third Order to Show Cause [D.E. 17], issued May 1, 2008, that Respondents received notice of the Petition and of the orders issued. The Order directed Respondents to file a response to the order to show cause by May 16, 2008, and Respondents timely complied with the order. Second, default judgments are not appropriate in habeas cases. *Aziz v. Leferve*, 830 F.2d 184, 187 (11th Cir. 1987).[1] Accordingly, Osceola's motion

---

[1] Nevertheless, Respondents did not contest Osceola's recitation of the procedural history or the facts of this case.

for summary judgment [D.E. 11] is denied.

**DONE AND ORDERED** in Miami, Florida, this 21st day of August 2008.

_____
MARCIA G. COOKE
United States District Judge

cc:

All counsel of record

Mitchell A. Egber, Esq.
Assistant Attorney General
1515 North Flagler Drive, Suite 900
West Palm Beach, FL 33401